# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BECKY A. SELBY,** | : | CIVIL ACTION NO. 1:19-CV-61 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HOLLY T. SCHROEDER and** | : | |
| **TENNESSEE WALKING HORSE** | : | |
| **BREEDERS & EXHIBITORS** | : | |
| **ASSOCIATION (TWHBEA),** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 18th day of February, 2020, upon consideration of defendants' motions (Docs. 30, 39) to dismiss pursuant to Federal Rule of Civil Procedure 12, and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motions (Docs. 30, 39) to dismiss are GRANTED to the extent that this court finds that it lacks personal jurisdiction over defendants as to all claims in the amended complaint.

2. The parties shall provide supplemental briefing regarding transfer by no later than close of business on **Tuesday, March 3, 2020**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania